UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                                                       :
ERROL J. GORDON,                                       :
                                                       :
                                    Plaintiff          :
                                                       :          21-cv-3321 (VSB)
                     -against-                          :
                                                       :             **ORDER**
                                                       :
C.R. ENGLAND, INC. et al.,                             :
                                    Defendants.         :
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2021

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.

SO ORDERED.

Dated:  August 18, 2021
        New York, New York

                                           Vernon Broderick
                                           _____
                                           Vernon S. Broderick
                                           United States District Judge