# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ERROL J. GORDON,

                    Plaintiff,                    21 **CIVIL** 3321 (VSB)

      -v-                                          **<u>JUDGMENT</u>**

C.R. ENGLAND, INC., AND BRENDA A.
FRYE,

                    Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 22, 2021, that the action is dismissed with prejudice against the defendants C.R. England, Inc. and Brenda A. Frye.

**Dated:**  New York, New York
           October 22, 2021

                                                      **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                     **BY:**
                                                           **Deputy Clerk**